UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| John Collingham, M.D., Lori Aasen, R.N.P, Megan Ackerson, RN, Elizabeth Brandenburg, O.T., Jennifer Chapman, R.N., Laura Daily, Gretchen Gilmore, R.N., Kathy Hanek, Robyn Hobmeier, R.N., Jolene Jakubowsky, R.N., Patty Kark, R.N., Jill Martens, Jennifer Njagi, R.N., Rebecca Novak, L.P.N., Sandy Schlossin, R.N., Diane Stewart, Jessica Stratton, R.N., Ellen Tichich, R.N., and Michelle Voegele, <br><br>                     Plaintiffs, <br>v. <br><br>City of Northfield, Northfield Hospital and Clinics, Frederick Alan Rogers, Sarah R. Carlsen, Richard D. Estenson, C.C. Linstroth, Jessica Peterson White, Robert Shepley, M.D., and Charlie Mandile, <br><br>                     Defendants. | Case No. 21-cv-02466 (PJS/JFD) <br><br><br><br><br>**ORDER EXTENDING TIME FOR DEFENDANT NH+C TO ANSWER PLAINTIFFS' AMENDED COMPLAINT** |

---

This matter is before the Court pursuant to a Stipulation of the parties to extend the time for Defendant Northfield Hospital and Clinics ("NH+C") to answer Plaintiffs' Amended Complaint (Dkt. No. 28),

**IT IS HEREBY ORDERED** that Defendant Northfield Hospital and Clinics shall be granted an extension to answer Counts I, VI, and VII of Plaintiffs' Amended Complaint until 14 days after the Court's order on NH+C's Motion to Dismiss Counts II-V.

Dated: January 14, 2022

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge