# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John Collingham, M.D., Lori Aasen, R.N.P, Megan Ackerson, RN, Elizabeth Brandenburg, O.T., Jennifer Chapman, R.N., Laura Daily, Gretchen Gilmore, R.N., Kathy Hanek, Robyn Hobmeier, R.N., Jolene Jakubowsky, R.N., Patty Kark, R.N., Jill Martens, Jennifer Njagi, R.N., Rebecca Novak, L.P.N., Sandy Schlossin, R.N., Diane Stewart, Jessica Stratton, R.N., Ellen Tichich, R.N., and Michelle Voegele,<br><br>          Plaintiff,<br>v.<br><br>City of Northfield, Northfield Hospital and Clinics, Frederick Alan Rogers, Sarah R. Carlsen, Richard D. Estenson, C.C. Linstroth, Jessica Peterson White, Robert Shepley, M.D., and Charlie Mandile,<br><br>          Defendants. | Civil No. 21-cv-02466 (PJS/JFD)<br><br>**ORDER<br>TO MODIFY BRIEFING<br>SCHEDULE ON DEFENDANTS'<br>MOTIONS TO DISMISS** |

Pursuant to a Stipulation of the parties [Doc. No. 32], it is hereby ordered that:

Plaintiffs shall file their response to the motions to dismiss no later than March 4, 2022, and Defendants shall file any reply no later than April 1, 2022.

Dated: January 20, 2022

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge