# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John Collingham, M.D., Lori Aasen, R.N.P, Megan Ackerson, RN, Elizabeth Brandenburg, O.T., Jennifer Chapman, R.N., Laura Daily, Gretchen Gilmore, R.N., Kathy Hanek, Robyn Hobmeier, R.N., Jolene Jakubowsky, R.N., Patty Kark, R.N., Jill Martens, Jennifer Njagi, R.N., Rebecca Novak, L.P.N., Sandy Schlossin, R.N., Diane Stewart, Jessica Stratton, R.N., Ellen Tichich, R.N., and Michelle Voegele,<br><br>                Plaintiff,<br>v.<br><br>City of Northfield, Northfield Hospital and Clinics, Frederick Alan Rogers, Sarah R. Carlsen, Richard D. Estenson, C.C. Linstroth, Jessica Peterson White, Robert Shepley, M.D., and Charlie Mandile,<br><br>                Defendants. | Civil No. 21-cv-02466 (PJS/JFD)<br><br>**AMENDED STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS** |

The above-named Plaintiffs and Defendants ("the Parties") hereby stipulate and agree as follows:

1. On January 12, 2022, Defendants filed motions to dismiss Plaintiffs' Amended Complaint. (ECF Doc. 20 and 25.) The hearing on Defendants' motions is set for April 27, 2022. (ECF Doc. 21.)

2. Given other commitments of counsel and the needs of this case, the Parties have agreed (a) that Plaintiffs may file their response to the motions to dismiss no later

than March 11, 2022, and (b) that Defendants may file any reply in support of the motions no later than April 8, 2022.

**WHEREFORE**, for the foregoing reasons, and for good cause shown, the parties respectfully request that the Court approve this Stipulation to allow Plaintiffs to file their response to the motions to dismiss no later than March 11, 2022, and to allow Defendants to file any reply no later than April 8, 2022.

Dated: March 1, 2022

| **BASSFORD REMELE, P.A.** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
|---|---|
| */s/ Jonathan P. Norrie*<br>Mark R. Whitmore (MN #232439)<br>Jonathan P. Norrie (MN #347309)<br>Peggah Navab (MN #402767)<br>100 South 5th Street, Suite 1500<br>Minneapolis, MN  55402-1254<br>Telephone:  612-333-3000<br>mwhitmore@bassford.com<br>jnorrie@bassford.com<br><br>*Counsel for Defendants Northfield Hospital and Clinics, Frederick Alan Rogers, Sarah R. Carlsen, Richard D. Estenson, C.C. Linstroth, Jessica Peterson White, Robert Shepley, M.D., and Charlie Mandile* | */s/ John W. Ursu*<br>John W. Ursu (#032257)<br>Terran C. Chambers (#0396415)<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>john.ursu@faegredrinker.com<br>terran.chambers@faegredrinker.com<br><br>Anne K. Ricchiuto, *pro hac vice*, (Indiana #25760-49)<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN  46204<br>Telephone:  317-237-0300<br>Fax:  317-237-1000<br>anne.ricchiuto@faegredrinker.com<br><br>and |

**PARKER DANIELS KIBORT**

*/s/ Alec J. Beck*
Andrew D. Parker (#195042)
Alec J. Beck (#201133)
123 Third Street North – Suite 888
Minneapolis, MN 55401
(612) 355-4100
parker@parkerdk.com
beck@parkerdk.com

*Attorneys for Plaintiffs*

**GERNON LAW PLLP**
Amy M. Gernon, #0303239
220 Division St. South, Suite 301
Northfield, MN 55057
Telephone: (612) 440-6267
amy@amygernon.com

*Counsel for Defendant City of Northfield*

4857-4430-9777, v. 1

3