# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| John Collingham, M.D., et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Patrick J. Schiltz |
| v. | U.S. District Judge |
| City of Northfield, et al., | |
| Defendants. | |

| | |
|---|---|
| Case No: | 21-CV2466 (PJS/JFD) |
| Date: | April 27, 2022 |
| Deputy: | C. Glover |
| Court Reporter: | Paula Richter |
| Courthouse: | Video Conference |
| Courtroom: | Video Conference |
| Time Commenced: | 10:02 a.m. |
| Time Concluded: | 11:04 a.m. |
| Sealed Hearing Time: | |
| Time in Court: | 1 Hour & 2 Minutes |

Hearing on: **Defendants' Motion to Dismiss [Docket Nos. 25, 31]**

APPEARANCES:

    Plaintiffs:    Alec Beck, Andrew Parker
    Defendants:    Jonathan Norrie, John Ursu, Amy Gernon, Peggah Navab

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**IT IS ORDERED:

    ☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☒ Motion taken under advisement, written order forthcoming.

                                                              s/C. Glover
                                                              Courtroom Deputy