UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| John Collingham, M.D., Lori Aasen, R.N.P, Megan Ackerson, RN, Elizabeth Brandenburg, O.T., Jennifer Chapman, R.N., Laura Daily, Gretchen Gilmore, R.N., Kathy Hanek, Robyn Hobmeier, R.N., Jolene Jakubowsky, R.N., Patty Kark, R.N., Jill Martens, Jennifer Njagi, R.N., Rebecca Novak, L.P.N., Sandy Schlossin, R.N., Diane Stewart, Jessica Stratton, R.N., Ellen Tichich, R.N., and Michelle Voegele, <br><br>      Plaintiff, <br>v. <br><br>City of Northfield and Northfield Hospital + Clinics, <br><br>      Defendants. | Case No. 21-cv-02466 (PJS/JFD) <br><br><br><br>**ORDER DISMISSING COUNT IV FROM THE SECOND AMENDED COMPLAINT, MODIFYING CAPTION, AND ESTABLISHING AN ANSWER DEADLINE** |

---

Pursuant to a Stipulation of the parties (Doc. 52), it is hereby ordered that Count IV of the Second Amended Complaint is dismissed with prejudice, the caption of this matter is amended to reflect Northfield Hospital + Clinics as the sole remaining Defendant, and the deadline for Northfield Hospital + Clinics to file its Answer to the Second Amended Complaint is July 22, 2022.


Dated: July 11, 2022

s/Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court