UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOHN COLLINGHAM, et al.,

    Plaintiffs,

v.                                                Case No. 21-CV-2466 (PJS/JFD)

NORTHFIELD HOSPITAL & CLINICS,

    Defendant.

---

JOANNA KIMBER,

    Plaintiff,

v.                                                Case No. 22-CV-1592 (ECT/TNL)

NORTHFIELD HOSPITAL & CLINICS,

    Defendant.

---

SARAH BRANHAM,

    Plaintiff,

v.                                                Case No. 22-CV-1715 (ECT/TNL)

NORTHFIELD HOSPITAL & CLINICS,

    Defendant.

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case No. 21-CV-2466 (PJS/JFD) having been assigned to Chief Judge Patrick J. Schiltz and Magistrate Judge John F. Docherty, and Case Nos. 22-CV-1592 (ECT/TNL) and 22-CV-1715 (ECT/TNL) having later been assigned to Judge Eric C. Tostrud and Magistrate Judge Tony N. Leung, said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos. 22-CV-1592 (ECT/TNL) and 22-CV-1715 (ECT/TNL) be assigned to Chief Judge Patrick J. Schiltz and Magistrate Judge John F. Docherty, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:  November 3, 2022		s/ Patrick J. Schiltz
		Patrick J. Schiltz, Chief Judge
		United States District Court

Dated:  November 3, 2022		s/ Eric C. Tostrud
		Eric C. Tostrud
		United States District Court