UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John Collingham, M.D.; Lori Aasen, R.N.P.; Megan Ackerson, R.N.; Elizabeth Brandenburg, O.T.; Jennifer Chapman, R.N.; Laura Daily; Gretchen Gilmore, R.N.; Kathy Hanek; Robyn Hobmeier, R.N.; Jolene Jakubowsky, R.N.; Patty Kark, R.N.; Jill Martens; Jennifer Njagi, R.N.; Rebecca Novak, L.P.N.; Sandy Schlossin, R.N.; Diane Stewart; Jessica Stratton, R.N.; Ellen Tichich, R.N.; Michelle Voegele; <br><br>           Plaintiffs, <br><br>v. <br><br>Northfield Hospital and Clinics, <br><br>           Defendant. | Case No. 21-CV-02466 (JMB/DLM) <br><br> **ORDER OF DISMISSAL** |

This matter is before the Court on Plaintiffs Megan Ackerson's, Elizabeth Brandenburg's, Laura Daily's, Gretchen Gilmore's, Jolene Jakubowsky's, Jill Martens', Sandy Schlossin's, Diane Stewart's, and Jessica Stratton's and Defendant Northfield Hospital and Clinics' Joint Stipulation for Dismissal. (Doc. No. 180.) Plaintiffs wish to dismiss their Second Amended Complaint (Doc. No. 46) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that the Second Amended Complaint (Doc. No. 46) of Megan Ackerson, Elizabeth Brandenburg, Laura Daily, Gretchen Gilmore, Jolene Jakubowsky, Jill Martens, Sandy Schlossin, Diane Stewart, and Jessica Stratton is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Dated: July 25, 2024                                      /s/ *Jeffrey M. Bryan*
                                                                                                   Judge Jeffrey M. Bryan
                                                                                                   United States District Court