# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John Collingham, et al., | Case No. 21-CV-02466 (JMB/DLM) |
| Plaintiffs, | |
| v. | **ORDER** |
| Northfield Hospital and Clinics, | |
| Defendant. | |

Currently before the Court are the Parties' cross-motions for summary judgment. (Doc. Nos. 114, 132.) In their motions, the Parties dispute, among other matters, issues nearly identical to those raised in *Kiel v. Mayo Clinic Health System Southeast Minnesota*, No. 22-CV-1319 (JRT/ECW), 2023 WL 5000255 (D. Minn. Aug. 4, 2023), which decision was reviewed by the United States Court of Appeals for the Eighth Circuit *sub nom Ringhofer v. Mayo Clinic, Ambulance*, 102 F.4th 894 (8th Cir. 2024).

This Court has inherent power to stay proceedings as part of its authority "to control the disposition of the causes on its docket with economy of time and effort [in mind] for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)); *see also Sierra Club v. U.S. Army Corps of Eng'rs*, 446 F.3d 808, 816 (8th Cir. 2006) ("A district court has broad discretion to stay proceedings when appropriate to control its docket."). "How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Landis*, 299 U.S. at 254–255.

Because the Eighth Circuit's decision in *Kiel/Ringhofer* and any subsequent appeals of it may directly impact the Court's analysis of the issues presented in this case, it is

appropriate to continue to stay the present matter until the time for appeals, if any, of the Eighth Circuit's decision has tolled. For this reason, the Court concludes that a continued stay is appropriate to avoid exhausting judicial resources to decide disputes—including the arguments raised in the Parties' pending motions for summary judgment—which are likely to be impacted by any further appeals in the *Kiel/Ringhofer* case. In the event that an appeal of the *Kiel/Ringhofer* case is not filed, the Court will lift the stay and proceed with hearing the Parties' cross-motions for summary judgment. A hearing will be scheduled for the end of October with briefing to start forty-nine days prior to hearing date.

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT this case is stayed pending the appeal time on the decision in *Kiel/Ringhofer*.

Dated: July 26, 2024                                /s/ *Jeffrey M. Bryan*
                                                                 Judge Jeffrey M. Bryan
                                                                 United States District Court