# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John Collingham, *M.D.*; Lori Aasen, *R.N.P.*; Jennifer Chapman, *R.N.*; Kathy Hanek; Robyn Hobmeier, *R.N.*; Patty Kark, *R.N.*; Jennifer Njagi, *R.N.*; Rebecca Novak, *L.P.N.*; Ellen Tichich, *R.N.*; Michelle Voegele, <br><br>        Plaintiffs, <br><br>v. <br><br>Northfield Hospital and Clinics, <br><br>        Defendant. | Case No. 21-CV-02466 (JMB/DLM) <br><br> **ORDER** |

Currently before the Court are the Parties' cross-motions for summary judgment. (Doc. Nos. 114, 132.) By Order dated July 26, 2024, the Court stayed the proceedings in his action until the time for appeals in *Kiel v. Mayo Clinic Health System Southeast Minnesota*, No. 22-CV-01319 (JRT/ECW), 2023 WL 5000255 (D. Minn. Aug. 4, 2023), *reviewed sub nom Ringhofter v. Mayo Clinic, Ambulance*, 102 F.4th 894 (8th Cir. 2024) had passed. (*See* Doc. No. 183.)

The time for appeals in *Kiel/Ringhofer* has expired with no subsequent appeals filed. Therefore, the Court will lift the stay in this action and a hearing on the Parties' pending motions for summary judgment will be scheduled.

1

Therefore, IT IS HEREBY ORDERED as follows:

1. The stay ordered on July 26, 2024 (Doc. No. 183) is hereby lifted.

2. The Parties shall cooperate to promptly schedule a hearing on the pending cross-motions for summary judgment.  The Court will decide such motions on the briefing already submitted to the Court and the arguments of counsel.

3. Each Party may file one letter brief on or before September 20, 2024, not to exceed five pages, to supplement their briefing on the cross-motions for summary judgment as follows:

    a. To address how the Eighth Circuit's decision in *Kiel/Ringhofer* impacts their positions at summary judgment, if at all.

    b. To provide the Court with any other supplemental authority that was not available at the time the Parties submitted their briefing.

Dated:  September 4, 2024                                        /s/ *Jeffrey M. Bryan*
                                                                 Judge Jeffrey M. Bryan
                                                                 United States District Court